UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **10/1/2014**   Judge **Terry I. Adelman**   Case No. **4:14cr250CDP-TIA**

UNITED STATES OF AMERICA v. **Kyle Kienstra et al   (counsel only)**

Court Reporter _____   Deputy Clerk **Kara Scheele**

Assistant United States Attorney(s) **Stephen Casey, John Davis**

Attorney(s) for Defendant(s) John Stubbs, Ronald Jenkins, Mark Gerages, Marc Johnson, Eric Butts, John Peel, Richard Sindel, Michael Fagras, Peter Cohen, Joseph Welch, Neil McCarthy, David Bruns, John Lynch, J Martin Hadican

Interpreter _____   ☐ SEALED PROCEEDING

### Proceedings:

☐ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Revocation
  ☐ Supervised Release Revocation  ☐ Bond Review  ☐ Probation
☐ Arraignment  ☐ Bond Revocation  ☐ Supervised Release
☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Competency
☐ Motion Hearing  ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☒ Pretrial/Status Conference
  ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☐ Sentencing
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on **Scheduling of pretrial motions and hearing; pretrial motions due 11/10/14; Evidentiary hearing set 1/13/15 & 1/14/15 @ 9:30 AM**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ ___  ☐ Secured Appearance Bond  ☐ Secured by 10%
  ☐ Secured by cash **only**  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for ___ Before ___

☐ Preliminary Revocation  ☐ Preliminary Examination set for ___ Before ___

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered ___   Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Written Motion for Suppression  ☐ Written Motion for Extension of Time to File Pretrial Motions
  ☐ Written Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives ___   ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time ___   Before ___

Final Supervised Release Revocation Hearing set for ___   Before ___

  ☐ Remanded to custody  ☐ Released on bond

Next hearing date/time ___   Type of hearing ___   Before ___
Proceeding commenced **11:10**   Proceeding concluded **11:28**   Continued to ___